1  McGREGOR W. SCOTT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:18-MC-00013-WBS-AC

12          Plaintiff,

13      v.                                 STIPULATION AND ORDER EXTENDING TIME
                                           FOR FILING A COMPLAINT FOR FORFEITURE
14  APPROXIMATELY $117,151.48 SEIZED       AND/OR TO OBTAIN AN INDICTMENT
    FROM BANK OF AMERICA ACCOUNT           ALLEGING FORFEITURE
15  NUMBER 5010 1714 7633,

16  APPROXIMATELY $43,882.17 SEIZED
    FROM BANK OF AMERICA ACCOUNT
17  NUMBER 5010 0170 0675,

18  APPROXIMATELY $5,713.82 SEIZED
    FROM BANK OF AMERICA ACCOUNT
19  NUMBER 1641 0242 5652,

20  APPROXIMATELY $4,436.39 SEIZED
    FROM BANK OF AMERICA ACCOUNT
21  NUMBER 5010 1940 4044,

22  APPROXIMATELY $60,328.73 SEIZED
    FROM UNIWYO FEDERAL CREDIT
23  UNION ACCOUNT NUMBER 61324,

24  APPROXIMATELY $29,438.90 SEIZED
    FROM MECHANICS BANK ACCOUNT
25  NUMBER 42073421,

26  APPROXIMATELY $23,077.78 SEIZED
    FROM FIRST CITIZENS BANK
27  ACCOUNT NUMBER 001064426523,

28

                                    1

APPROXIMATELY $22,852.67 SEIZED FROM 1ST BANK, A DIVISION OF GLACIER BANK, ACCOUNT NUMBER 910600008915,

APPROXIMATELY $21,492.09 SEIZED FROM WYOCHEM FEDERAL CREDIT UNION ACCOUNT NUMBER 37648 (S9),

APPROXIMATELY $12,397.47 SEIZED FROM HIGH DESERT BANK ACCOUNT NUMBER 4042002813,

APPROXIMATELY $8,209.08 SEIZED FROM HIGH DESERT BANK ACCOUNT NUMBER 4042002826,

APPROXIMATELY $6,350.56 SEIZED FROM PATELCO CREDIT UNION ACCOUNT NUMBER 473661,

APPROXIMATELY $7,717.13 SEIZED FROM UMPQUA BANK ACCOUNT NUMBER 4863921948,

APPROXIMATELY $3,213.75 SEIZED FROM SAFE CREDIT UNION ACCOUNT NUMBER 822910 (9),

APPROXIMATELY $10,857.37 SEIZED FROM TRI COUNTIES BANK ACCOUNT NUMBER 491039991,

APPROXIMATELY $6,798.26 SEIZED FROM EL DORADO SAVINGS BANK ACCOUNT NUMBER 0053012902,

2015 MERCEDES-BENZ, ML350, VIN: 4JGDA5HB9FA479275,

2016 FORD, F150 SUPER CAB PICKUP, VIN: 1FTFX1EGXGKG04896, and

2017 FORD, F250 SUPER DUTY PICKUP, VIN: 1FT7X2BT6HEB22700,

Defendants.

It is hereby stipulated by and between the United States of America and potential claimants James Mecham and Kurt D. Stocks ("claimants"), by and through their respective counsel, and potential claimant Heidi Edwards, in *propria persona*, as follows:

2

1.     On or about November 7, 2017, the Internal Revenue Service-Criminal Investigation ("IRS-CI") seized the above-referenced defendant assets pursuant to Federal seizure warrants. (hereafter collectively "defendant assets").

2.     Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant assets, or obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is February 5, 2018.

3.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to May 4, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

4.     Accordingly, the parties agree that the deadline by which the United States shall be

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

Stipulation and Order to Extend Time

required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to May 4, 2018.

Dated: 12/20/17        McGREGOR W. SCOTT
            United States Attorney

          By:    /s/ Kevin C. Khasigian
                KEVIN C. KHASIGIAN
                Assistant U.S. Attorney

Dated:  1/4/18         /s/ Thomas A Johnson
            THOMAS A. JOHNSON
            Attorney for Potential Claimant
            James Mecham
            (Authorized by email)

Dated:  1/5/18         /s/ Mark J. Reichel
            MARK J. REICHEL
            Attorney for Potential Claimant
            Kurt D. Stocks
            (Authorized by email)

Dated:  1/31/18        /s/ Heidi Edwards
            HEIDI EDWARDS
            Potential Claimant appearing
            in *propria persona*
            (Signature retained by attorney)

    **IT IS SO ORDERED**.

Dated:  February 6, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Extend Time