McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-MC-00013-WBS-AC |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $117,151.48 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 5010 1714 7633, | |
| APPROXIMATELY $43,882.17 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 5010 0170 0675, | |
| APPROXIMATELY $5,713.82 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 1641 0242 5652, | |
| APPROXIMATELY $4,436.39 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 5010 1940 4044, | |
| APPROXIMATELY $60,328.73 SEIZED FROM UNIWYO FEDERAL CREDIT UNION ACCOUNT NUMBER 61324, | |
| APPROXIMATELY $29,438.90 SEIZED FROM MECHANICS BANK ACCOUNT NUMBER 42073421, | |
| APPROXIMATELY $23,077.78 SEIZED FROM FIRST CITIZENS BANK ACCOUNT NUMBER 001064426523, | |

1

APPROXIMATELY $22,852.67 SEIZED FROM 1ST BANK, A DIVISION OF GLACIER BANK, ACCOUNT NUMBER 910600008915,

APPROXIMATELY $21,492.09 SEIZED FROM WYOCHEM FEDERAL CREDIT UNION ACCOUNT NUMBER 37648 (S9),

APPROXIMATELY $12,397.47 SEIZED FROM HIGH DESERT BANK ACCOUNT NUMBER 4042002813,

APPROXIMATELY $8,209.08 SEIZED FROM HIGH DESERT BANK ACCOUNT NUMBER 4042002826,

APPROXIMATELY $6,350.56 SEIZED FROM PATELCO CREDIT UNION ACCOUNT NUMBER 473661,

APPROXIMATELY $7,717.13 SEIZED FROM UMPQUA BANK ACCOUNT NUMBER 4863921948,

APPROXIMATELY $3,213.75 SEIZED FROM SAFE CREDIT UNION ACCOUNT NUMBER 822910 (9),

APPROXIMATELY $10,857.37 SEIZED FROM TRI COUNTIES BANK ACCOUNT NUMBER 491039991,

APPROXIMATELY $6,798.26 SEIZED FROM EL DORADO SAVINGS BANK ACCOUNT NUMBER 0053012902,

2015 MERCEDES-BENZ, ML350, VIN: 4JGDA5HB9FA479275,

2016 FORD, F150 SUPER CAB PICKUP, VIN: 1FTFX1EGXGKG04896, and

2017 FORD, F250 SUPER DUTY PICKUP, VIN: 1FT7X2BT6HEB22700,

Defendants.

It is hereby stipulated by and between the United States of America and potential claimants James Mecham, Kurt D. Stocks, and Heidi Edwards ("claimants"), by and through their respective counsel, as follows:

1.     On or about November 7, 2017, the Internal Revenue Service-Criminal Investigation ("IRS-CI") seized the above-referenced defendant assets pursuant to Federal seizure warrants. (hereinafter collectively "defendant assets").

2.     Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant assets, or obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was February 5, 2018.

3.     By Stipulation and Order filed February 6, 2018, the parties stipulated to extend to May 4, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

4.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to August 3, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

5.     Accordingly, the parties agree that the deadline by which the United States shall be

///
///
///
///
///
///
///
///
///
///
///
///

required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to August 3, 2018.

Dated: 4/23/18

McGREGOR W. SCOTT
United States Attorney

By:   /s/ Kevin C. Khasigian
      KEVIN C. KHASIGIAN
      Assistant U.S. Attorney

Dated:  4/23/18

/s/ Thomas A Johnson
THOMAS A. JOHNSON
Attorney for Potential Claimant
James Mecham
(Authorized by email)

Dated:  4/23/18

/s/ Mark J. Reichel
MARK J. REICHEL
Attorney for Potential Claimant
Kurt D. Stocks
(Authorized by email)

Dated:  4/23/18

/s/ Matthew Bockman
MATTHEW BOCKMAN
Attorney for Potential Claimant
Heidi Edwards
(Authorized by email)

**IT IS SO ORDERED**.

Dated:  April 25, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4