1  McGREGOR W. SCOTT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:18-MC-00013-WBS-AC

12          Plaintiff,

13      v.                                 STIPULATION AND ORDER EXTENDING TIME
                                           FOR FILING A COMPLAINT FOR FORFEITURE
14  APPROXIMATELY $117,151.48 SEIZED       AND/OR TO OBTAIN AN INDICTMENT
    FROM BANK OF AMERICA ACCOUNT           ALLEGING FORFEITURE
15  NUMBER 5010 1714 7633,

16  APPROXIMATELY $43,882.17 SEIZED
    FROM BANK OF AMERICA ACCOUNT
17  NUMBER 5010 0170 0675,

18  APPROXIMATELY $5,713.82 SEIZED
    FROM BANK OF AMERICA ACCOUNT
19  NUMBER 1641 0242 5652,

20  APPROXIMATELY $4,436.39 SEIZED
    FROM BANK OF AMERICA ACCOUNT
21  NUMBER 5010 1940 4044,

22  APPROXIMATELY $60,328.73 SEIZED
    FROM UNIWYO FEDERAL CREDIT
23  UNION ACCOUNT NUMBER 61324,

24  APPROXIMATELY $29,438.90 SEIZED
    FROM MECHANICS BANK ACCOUNT
25  NUMBER 42073421,

26  APPROXIMATELY $23,077.78 SEIZED
    FROM FIRST CITIZENS BANK
27  ACCOUNT NUMBER 001064426523,

28

1

APPROXIMATELY $22,852.67 SEIZED
FROM 1ST BANK, A DIVISION OF
GLACIER BANK, ACCOUNT NUMBER
910600008915,

APPROXIMATELY $21,492.09 SEIZED
FROM WYOCHEM FEDERAL CREDIT
UNION ACCOUNT NUMBER 37648 (S9),

APPROXIMATELY $12,397.47 SEIZED
FROM HIGH DESERT BANK ACCOUNT
NUMBER 4042002813,

APPROXIMATELY $8,209.08 SEIZED
FROM HIGH DESERT BANK ACCOUNT
NUMBER 4042002826,

APPROXIMATELY $6,350.56 SEIZED
FROM PATELCO CREDIT UNION
ACCOUNT NUMBER 473661,

APPROXIMATELY $7,717.13 SEIZED
FROM UMPQUA BANK ACCOUNT
NUMBER 4863921948,

APPROXIMATELY $3,213.75 SEIZED
FROM SAFE CREDIT UNION ACCOUNT
NUMBER 822910 (9),

APPROXIMATELY $10,857.37 SEIZED
FROM TRI COUNTIES BANK
ACCOUNT NUMBER 491039991,

APPROXIMATELY $6,798.26 SEIZED
FROM EL DORADO SAVINGS BANK
ACCOUNT NUMBER 0053012902,

2015 MERCEDES-BENZ, ML350, VIN:
4JGDA5HB9FA479275,

2016 FORD, F150 SUPER CAB PICKUP,
VIN: 1FTFX1EGXGKG04896, and

2017 FORD, F250 SUPER DUTY PICKUP,
VIN: 1FT7X2BT6HEB22700,

Defendants.

It is hereby stipulated by and between the United States of America and potential claimants James
Mecham, Kurt D. Stocks, and Heidi Edwards ("claimants"), by and through their respective counsel, as
follows:

1. On or about November 7, 2017, the Internal Revenue Service-Criminal Investigation ("IRS-CI") seized the above-referenced defendant assets pursuant to Federal seizure warrants. (hereinafter collectively "defendant assets").

2. Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant assets, or obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was February 5, 2018.

3. By Stipulation and Order filed February 6, 2018, the parties stipulated to extend to May 4, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

4. By Stipulation and Order filed April 26, 2018, the parties stipulated to extend to August 3, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

5. By Stipulation and Order filed July 27, 2018, the parties stipulated to extend to November 1, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

6. By Stipulation and Order filed October 25, 2018, the parties stipulated to extend to February 1, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

7. By Stipulation and Order filed January 28, 2019, the parties stipulated to extend to May 1, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

8. By Stipulation and Order filed April 30, 2019, the parties stipulated to extend to July 30, 2019, the time in which the United States is required to file a civil complaint for forfeiture

against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

9.      By Stipulation and Order filed July 29, 2019, the parties stipulated to extend to October 28, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

10.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to January 27, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

4

11.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to January 27, 2020.

Dated: 10/17/2019                               McGREGOR W. SCOTT
                                                United States Attorney

                                   By:    /s/ Kevin C. Khasigian
                                          KEVIN C. KHASIGIAN
                                          Assistant U.S. Attorney

Dated:  10/16/19                           /s/ Thomas A. Johnson
                                          THOMAS A. JOHNSON
                                          Attorney for Potential Claimant
                                          James Mecham

Dated:  10/16/19                           /s/ Mark J. Reichel
                                          MARK J. REICHEL
                                          Attorney for Potential Claimant
                                          Kurt D. Stocks

Dated:  10/17/19                           /s/ Benjamin Galloway
                                          BENJAMIN GALLOWAY
                                          Attorney for Potential Claimant
                                          Heidi Edwards

                                          (Signatures authorized by email)

        **IT IS SO ORDERED**.

Dated:  October 18, 2019

                                          WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE