PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-MC-00013-WBS-AC |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $117,151.48 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 5010 1714 7633, | |
| APPROXIMATELY $43,882.17 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 5010 0170 0675, | |
| APPROXIMATELY $5,713.82 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 1641 0242 5652, | |
| APPROXIMATELY $4,436.39 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 5010 1940 4044, | |
| APPROXIMATELY $60,328.73 SEIZED FROM UNIWYO FEDERAL CREDIT UNION ACCOUNT NUMBER 61324, | |
| APPROXIMATELY $29,438.90 SEIZED FROM MECHANICS BANK ACCOUNT NUMBER 42073421, | |
| APPROXIMATELY $23,077.78 SEIZED FROM FIRST CITIZENS BANK ACCOUNT NUMBER 001064426523, | |

APPROXIMATELY $22,852.67 SEIZED FROM 1ST BANK, A DIVISION OF GLACIER BANK, ACCOUNT NUMBER 910600008915,

APPROXIMATELY $21,492.09 SEIZED FROM WYOCHEM FEDERAL CREDIT UNION ACCOUNT NUMBER 37648 (S9),

APPROXIMATELY $12,397.47 SEIZED FROM HIGH DESERT BANK ACCOUNT NUMBER 4042002813,

APPROXIMATELY $8,209.08 SEIZED FROM HIGH DESERT BANK ACCOUNT NUMBER 4042002826,

APPROXIMATELY $6,350.56 SEIZED FROM PATELCO CREDIT UNION ACCOUNT NUMBER 473661,

APPROXIMATELY $7,717.13 SEIZED FROM UMPQUA BANK ACCOUNT NUMBER 4863921948,

APPROXIMATELY $3,213.75 SEIZED FROM SAFE CREDIT UNION ACCOUNT NUMBER 822910 (9),

APPROXIMATELY $10,857.37 SEIZED FROM TRI COUNTIES BANK ACCOUNT NUMBER 491039991,

APPROXIMATELY $6,798.26 SEIZED FROM EL DORADO SAVINGS BANK ACCOUNT NUMBER 0053012902,

2015 MERCEDES-BENZ, ML350, VIN: 4JGDA5HB9FA479275,

2016 FORD, F150 SUPER CAB PICKUP, VIN: 1FTFX1EGXGKG04896, and

2017 FORD, F250 SUPER DUTY PICKUP, VIN: 1FT7X2BT6HEB22700,

     Defendants.

  It is hereby stipulated by and between the United States of America and potential claimants James Mecham, Kurt D. Stocks, and Heidi Edwards ("claimants"), by and through their respective counsel, as follows:

1. On or about November 7, 2017, the Internal Revenue Service-Criminal Investigation ("IRS-CI") seized the above-referenced defendant assets pursuant to Federal seizure warrants. (hereinafter collectively "defendant assets").

2. Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant assets, or obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was February 5, 2018.

3. By Stipulation and Order filed February 6, 2018, the parties stipulated to extend to May 4, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

4. By Stipulation and Order filed April 26, 2018, the parties stipulated to extend to August 3, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

5. By Stipulation and Order filed July 27, 2018, the parties stipulated to extend to November 1, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

6. By Stipulation and Order filed October 25, 2018, the parties stipulated to extend to February 1, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

7. By Stipulation and Order filed January 28, 2019, the parties stipulated to extend to May 1, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

8. By Stipulation and Order filed April 30, 2019, the parties stipulated to extend to July 30, 2019, the time in which the United States is required to file a civil complaint for forfeiture

against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

9. By Stipulation and Order filed July 29, 2019, the parties stipulated to extend to October 28, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

10. By Stipulation and Order filed October 21, 2019, the parties stipulated to extend to January 27, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

11. By Stipulation and Order filed January 28, 2020, the parties stipulated to extend to April 24, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

12. By Stipulation and Order filed April 15, 2020, the parties stipulated to extend to July 23, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

13 By Stipulation and Order filed July 17, 2020, the parties stipulated to extend to October 21, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

14. By Stipulation and Order filed October 21, 2020, the parties stipulated to extend to January 19, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

15. By Stipulation and Order filed January 20, 2021, the parties stipulated to extend to April 19, 2021, the time in which the United States is required to file a civil complaint for forfeiture

4

against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

16. By Stipulation and Order filed April 20, 2021, the parties stipulated to extend to July 19, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

17. By Stipulation and Order filed July 20, 2021, the parties stipulated to extend to October 18, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

18. By Stipulation and Order filed October 20, 2021, the parties stipulated to extend to January 14, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

19. By Stipulation and Order filed January 12, 2022, the parties stipulated to extend to April 14, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

20. By Stipulation and Order filed April 14, 2022, the parties stipulated to extend to July 13, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

21. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to October 11, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

///

///

Stipulation and Order to Extend Time

22. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to October 11, 2022.

Dated: 7/12/2022								PHILLIP A. TALBERT
										United States Attorney

							By:		/s/ Kevin C. Khasigian
										KEVIN C. KHASIGIAN
										Assistant U.S. Attorney

Dated: 7/11/2022								/s/ Thomas A. Johnson
										THOMAS A. JOHNSON
										Attorney for Potential Claimant
										James Mecham

Dated: 7/11/2022								/s/ Mark J. Reichel
										MARK J. REICHEL
										Attorney for Potential Claimant
										Kurt D. Stocks

Dated: 7/11/2022								/s/ Christina Sinha
										CHRISTINA SINHA
										Attorney for Potential Claimant
										Heidi Edwards

										(Signatures authorized by email)

**IT IS SO ORDERED**.

Dated: July 12, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

6

Stipulation and Order to Extend Time